The defendants' requested jury charge number 7 is a correct statement of the law.[8] Williams v. Spring Hill MemorialHospital, 646 So.2d 1373 (Ala. 1994); Bradford v. McGee,534 So.2d 1076, 1079 (Ala. 1988). It would have been reversible error for the trial court to refuse this instruction, if the law stated in this instruction had not been substantially *Page 934 
covered by the trial court's charge taken as a whole.
[8] That requested charge reads:
 "I charge you that in order for the Plaintiff to recover in this case, there must be something more than a mere possibility — something more than one possibility among others, that the negligence or malpractice complained of was the cause of death of Lynda Diana Segars. There must be some evidence to the effect that such negligence or malpractice probably caused her death. If the Plaintiff fails to satisfy this burden of proof, then your verdict should be for the Defendant."
(Emphasis added.) (Citations omitted.)